UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | | |
|---|---|---|
| SUSI PROLA, | ) | 3:07-CV-337-RAM |
| | ) | |
| Plaintiff, | ) | <u>MINUTES OF THE COURT</u> |
| | ) | |
| vs. | ) | June 2, 2008 |
| | ) | |
| TARGET CORPORATION, | ) | |
| a foreign corporation, | ) | |
| | ) | |
| Defendant. | ) | |

PRESENT:   <u>THE HONORABLE ROBERT A. McQUAID, JR., U.S. MAGISTRATE JUDGE</u>

DEPUTY CLERK:   <u>JENNIFER COTTER</u>          REPORTER:   <u>NONE APPEARING</u>

COUNSEL FOR PLAINTIFF(S):   <u>NONE APPEARING</u>

COUNSEL FOR DEFENDANT(S):   <u>NONE APPEARING</u>

MINUTE ORDER IN CHAMBERS:

     Defendant has filed a Motion for Interrogatories in Excess of Twenty-Five (Doc. #17). Good cause appearing,

     Defendants' Motion for Interrogatories in Excess of Twenty-Five (Doc. #17) is <u>GRANTED</u>.

     IT IS SO ORDERED.

LANCE S. WILSON, CLERK

By:   /s/
Deputy Clerk

Case 3:07-cv-00337-RAM   Document 18   Filed 06/02/08   Page 2 of 2